MEMO ENDORSED

Petitioner has not demonstrate[d] controlling law or factual matters put before the court in its decision on the underlying matter that the movant believes the court overlooked and that might reasonably be expected to alter the conclusion reached by the court." RST (2005) Inc. v. Research in Motion Ltd., 597 F. Supp. 2d 362, 365 (S.D.N.Y. 2009). Accordingly, for the reasons stated in this Court's August 8, 2020 Order, the motion for reconsideration is denied. Copies mailed by Chambers.

SO ORDERED.

_Paul G. Gardephe_

Paul G. Gardephe
United States District Judge
September 1, 2020

---

United States District Court
Southern District of New York

Jorge Gomez
          Petitioner

v

United States of America
          Respondent

## Motion For Reconsideration
## For compassionate release/covid-19

Petitioner application for compassionate release was denied on Aug 4, 2020. Petitioner will follow motion to alter or amend under Fed R. Civ P 59(e) on light of compassionate release/covid-19 see(Banister v Davis 140 s.ct 1698 June 1, 2020)"Did not qualify as a successive petition under 28 U.S.C.S 2244"

Here comes Petitioner Jorge Gomez, pro se who avers the following relief. Petitioner will asked this Honorable court for a reconsideration for compassionate release homeconfinement. With this approach petitioner will resort back to see(Ordered Dkt 41 Aug 4, 2020)"Accordingly to the government

B.O.P. medical staff they been addressing Mr. Gomez colitis and prostatitis condition "they are totaly wrong. Mr. Gomez is still suffering to this date of infectious or inflammatory process in his colon and in the lining of the rectum. Colitis may be caused by an ulcer or problem with your immune system. see (Marvin A.G. v Decker 2020 U.S. Dist Lexis 112225 3rd cir June 26, 2020) "the CDC acknowledges that immune weakening medications may put individuals in the category of immuno compromised" As petitioner points out the CDC has advised that individuals who are immunocompromised are at high risk for severe illness from COVID-19. see (citing CDC coronavirus Disease 2019 COVID-19). On Aug 11, 2020 the GI Doctor put Mr. Gomez on long-term antibiotics for his on resolve colitis condition. Allenwood-med medicals staff still to this date havent gave Mr. Gomez the antibiotics the GI Doctor had prescribe. Also the court said according to the B.O.P.'s website FCI Allenwood-med has not had a single documented case of COVID-19. As of Aug 12, 2020 3 staff member had been infected with covid-19 and because of these staff members the Inmate population is at greater risk of covid-19. Already 3 active cases with Inmates having been infected with the coronavirus as of date.

## Conclusion

Wherefore now, Mr. Gomez urges this Honorable court to Reconsideration for compassionate release due to covid-19 pandemic upon mr. Gomez repeated delay in treatment an now FCI Allenwood medium having active cases of COVID-19 amongst inmates in population

Date: Aug 24, 2020

Respectfully Submitted

X Jorge Gomez

Jorge Gomez 72297-054
FCI Allenwood med
P.O. Box 2000
White Deer P.A.

## Certificate of Service

Jorge Gomez pro se states this certifies that and complete copy of all the foregoing was mailed to the U.S. District court of the southern District of New York upon service to U.S. Attorney office upon first class mail

Via Mail
Patrick Egan / Shawn Crowley / Richard Cooper

Date: Aug 24, 2020                                X Jorge Gomez