UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE GOMEZ,

                         Petitioner,

              -v.-

UNITED STATES OF AMERICA,

                         Defendant.

**ORDER**

17 Civ. 6190 (PGG)

15 Cr. 348 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

           The Clerk of Court is directed to mail a copy of this Court's April 15, 2021 order

(17 Civ. 6190, Dkt. No. 49) to Petitioner.

Dated:  New York, New York
        April 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge