UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JORGE GOMEZ,

Defendant.

**ORDER**

15 Cr. 348 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On May 3, 2021, Defendant Jorge Gomez filed a renewed motion for compassionate release. (Dkt. No. 240) By **August 11, 2021**, the Government will provide an update on Jorge Gomez's medical condition, including whether he suffers from obesity and/or kidney disease, as discussed in Gomez's May 20, 2021 and June 1, 2021 submissions (Dkt. Nos. 241-242), and whether Gomez has been fully vaccinated.

Dated: New York, New York
       August 4, 2021

SO ORDERED.

_Paul S. Gardephe_

Paul G. Gardephe
United States District Judge