MEMO ENDORSED: "Petitioner has not demonstrate[d] controlling law or factual matters put before the court in its decision on the underlying matter that . . . the court overlooked and that might reasonably be expected to alter the conclusion reached by the court." RST (2005) Inc. v. Research in Motion Ltd., 597 F. Supp. 2d 362, 365 (S.D.N.Y. 2009). While Petitioner presents a September 20, 2021 email exchange with "MED Unit 3" -- presumably a division of FCI Allenwood, where Petitioner is incarcerated -- in which his request for compassionate release is denied, this Court's conclusion that Petitioner has not demonstrated extraordinary and compelling circumstances remains unchanged. Accordingly, for the reasons stated in this Court's September 13, 2021 Order, the motion for reconsideration is denied. The Clerk of Court is directed to mail a copy of this order to Petitioner.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: October 1, 2021

---

United States District Court
Southern District of New York

United States of America

against

Jorge Gomez,
           Defendant,

Motion For Reconsideration
For Compassionate Release Covid-19

Defendant application for compassionate release was denied on September 13, 2021. Defendant will follow motion to alter or amend under Fed. R. Civ. P. 59(e) on light of compassionate release under 18 U.S.C. 3582(C)(1)(A)(i).

In his first compassionate release motion, submitted on July 6, 2020, Gomez argued that his

(1)