UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JORGE GOMEZ,

                  Defendant.

**ORDER**

15 Cr. 348 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the Government respond to Defendant Jorge Gomez's motion for reduction of sentence/compassionate release (Dkt. No. 271) by January 31, 2023.

Dated:    New York, New York
            January 24, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge