

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2023

**BY ECF**
Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Jorge Gomez*, 15 Cr. 348 (PGG)

Dear Judge Gardephe:

    The Government respectfully requests a 21-day period to respond to defendant Jorge Gomez's motion for compassionate release (ECF No. 271). This matter was recently reassigned to the undersigned Assistant United States Attorney and, accordingly, the Government requires additional time to obtain and review records in order to determine the Government's position with regard to this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Katherine Cheng
Assistant United States Attorney
(212) 637-2492

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Feb. 10, 2023

cc: Jorge Gomez, *Pro Se* (by certified mail)