UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JORGE GOMEZ and
SANDY GOMEZ,

                Defendants.

**ORDER**

15 Cr. 348 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the Government respond to Defendant Jorge Gomez's motion for compassionate release (Dkt. No. 280) and Defendant Sandy Gomez's motion for a sentence reduction (Dkt. No. 278) by January 29, 2024.

Dated:    New York, New York
             January 17, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge